# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 5, 2025
Lyle W. Cayce
Clerk

No. 25-50580

M.A.P.S., *on her own behalf and on behalf of others similarly situated*,

*Petitioner—Appellee*,

*versus*

Angel Garite, *Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of El Paso Processing Center*; Mary De Anda-Ybarra, *El Paso Field Office Director*; Donald J. Trump, *President of the United States*; Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; United States Department of Homeland Security; Todd Lyons, *Acting Director of U.S. Immigration and Customs Enforcement*; United States Immigration and Customs Enforcement; Marco Rubio, *Secretary, U.S. Department of State*; United States Department of State; Pete Hegseth, *Secretary, U.S. Department of Defense*; United States Department of Defense; Miguel Vergara, *San Antonio Field Office Director*; Bret Bradford, *Houston Field Office Director*; Bobby Thompson, *Warden of South Texas ICE Processing Center*; Charlotte Collins, *Warden of T. Don Hutto Detention Center*; Rose Thompson, *Warden of Karnes County Immigration Processing Center*; Murray Agnew, *Warden of the Limestone County Detention Center*,

*Respondents—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:25-CV-171

---

ORDER:

IT IS ORDERED that the Appellants' unopposed motion to stay further proceedings in this court pending the disposition of case no. 25-10534 is GRANTED.

_____
Andrew S. Oldham
*United States Circuit Judge*