# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 10, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-40400 M.A.P.S. v. Garite
Consolidated with
No. 2-50580 USDC No. 3:25-CV-171
USDC No. 1:25-CV-72

Enclosed is an order entered in this case. Please note that in light of the consolidation, 25-40400 is designated as the lead case. All future filings must be filed in 25-40400 and applied to 25-50580.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Jennifer Babaie
Mr. Daniel Cappelletti
Mr. Daniel Galindo
Mr. Lee P. Gelernt
Ms. Ashley Gorski
Mr. Daniel Hu
Ms. Kathryn Huddleston
Mr. Omar C. Jadwat
Mr. Sean Ming-Jun Lau
Mr. My Khanh Ngo
Mr. My Khanh Ngo
Ms. Adriana Cecilia Pinon
Mr. Oscar Sarabia Roman
Mr. Brian Vincent Schaeffer
Mr. Hina Shamsi
Ms. Sirine Shebaya
Ms. Noelle Smith
Mr. Patrick Toomey
Mr. Cody Wofsy

P.S. to Counsel: Although the order grants an extension of time to file the appellants' brief and record excerpts in 25-50580 to December 7, 2026, this deadline was extended to December 14, 2026 to match the deadline in the lead consolidated case 25-40400.

P.P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

___________

Case No. 25-40400

___________

J.A.V.; J.G.G.; W.G.H.,

Plaintiffs - Appellees

v.

Donald J. Trump, In his official capacity as President of the United States; Todd Wallace Blanche, U.S. Attorney General, In her official capacity; Markwayne Mullin, Secretary, U.S. Department of Homeland Security, In her official capacity; United States Department of Homeland Security; Todd Lyons, In his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; United States Immigration and Customs Enforcement; Marco Rubio, Secretary, U.S. Department of State, In his official capacity; United States State Department; Robert Cerna, In his official capacity as Acting Harlingen Field Office Director for U.S. Immigration and Customs Enforcement; Frank Venegas, In his official capacity as the Facility Administrator of the El Valle Detention Facility,

Defendants - Appellants

consolidated with

_____________

No. 25-50580

_____________

M.A.P.S., on her own behalf and on behalf of others similarly situated,

Petitioner - Appellee

v.

Angel Garite, Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of El Paso Processing Center; Mary De Anda-Ybarra, El Paso Field Office Director; Donald J. Trump, President of the United States; Todd Wallace Blanche, U.S. Attorney General; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; United States Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement; United States Immigration and Customs Enforcement; Marco Rubio, Secretary, U.S. Department of State; United States Department of State; Pete Hegseth, Secretary, U.S. Department of Defense; United States Department of Defense; Miguel Vergara, San Antonio Field Office Director; Bret Bradford, Houston Field Office Director; Bobby Thompson, Warden of South Texas ICE Processing Center; Charlotte Collins, Warden of T. Don Hutto Detention Center; Rose

Thompson, Warden of Karnes County Immigration Processing Center;
Murray Agnew, Warden of the Limestone County Detention Center,

Respondents - Appellants