# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 10, 2026
Thomas B. Plunkett, III
Clerk

---

No. 25-50580

---

M.A.P.S., *on her own behalf and on behalf of others similarly situated*,

*Petitioner—Appellee*,

*versus*

Angel Garite, *Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of El Paso Processing Center*; Mary De Anda-Ybarra, *El Paso Field Office Director*; Donald J. Trump, *President of the United States*; Todd Wallace Blanche, *U.S. Attorney General*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; United States Department of Homeland Security; Todd Lyons, *Acting Director of U.S. Immigration and Customs Enforcement*; United States Immigration and Customs Enforcement; Marco Rubio, *Secretary, U.S. Department of State*; United States Department of State; Pete Hegseth, *Secretary, U.S. Department of Defense*; United States Department of Defense; Miguel Vergara, *San Antonio Field Office Director*; Bret Bradford, *Houston Field Office Director*; Bobby Thompson, *Warden of South Texas ICE Processing Center*; Charlotte Collins, *Warden of T. Don Hutto Detention Center*; Rose Thompson, *Warden of Karnes County Immigration Processing Center*; Murray Agnew, *Warden of the Limestone County Detention Center*,

*Respondents—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas

USDC No. 3:25-CV-171

---

ORDER:

The Government indicates that petitioner M.A.P.S. was removed from the United States on July 25, 2025. U.S. Mot. at 7. The Government further indicates that only one alien is or was detained in the Western District of Texas, and that alien was "expected to be removed pursuant to a Title 8 removal before the end of October [2026]." *Ibid.* It is thus unclear whether this matter is moot.

IT IS ORDERED that Appellants' opposed motion to stay further proceedings in this court pending the outcome of 25-10534 *W.M.M. v. Trump* is DENIED.

IT IS FURTHER ORDERED that Appellants' unopposed motion to consolidate cases 25-50580 *M.A.P.S. v. Garite* and 25-40400 *J.A.V. v. Trump* is GRANTED.

IT IS FURTHER ORDERED that Appellants' unopposed motion for an extension of time until December 7, 2026, to file their brief is GRANTED.

IT IS FURTHER ORDERED that, on or before December 1, 2026, the Government shall file a notice with this Court indicating whether any putative class members are detained within the Western District of Texas.

ANDREW S. OLDHAM
*United States Circuit Judge*